**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**KELLY BLACKMON,**

       **Plaintiff,**

**vs.**                        **CASE NO.  1:05-CV-085-SPM**

**RUSSELL ENGINEERING, INC.**

       **Defendant.**

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

Pursuant to Plaintiff's "Notice of Dismissal With Prejudice" (doc. 15) filed

September 21, 2005 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is dismissed with prejudice.

2.    Each party shall bear his own attorney's fees.

3.    All pending motions are denied as moot.

**DONE AND ORDERED** this <u>twenty-sixth</u> day of September, 2005.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

/pao